# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

IN RE: CORY RAY GIBSON          CASE NUMBER:    12-35113-

Debtor                          CHAPTER:    13

## DEBTOR'S NOTICE OF CHANGE OF ADDRESS FORM

Comes now the debtor, by and through counsel, and hereby gives notice that the mailing address has changed as follows:

**CORY RAY GIBSON**
**418 WATER OAK DR**
**SEYMOUR, TN 37865**

/s/ Zachary Burroughs
Zachary Burroughs, 025896
Clark & Washington, LLC
408 S. Northshore Drive
Knoxville, TN 37919
(865) 281-8084
(865) 862-8967 (fax)
cwknoxville@cw13.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and exact copies of the foregoing Debtor's Notice of Change of Address Form have been forwarded to the following by depositing in the U.S. Mail, postage prepaid, and/or Electronic Case Filing(ECF) on 6/4/2015.

| | |
|---|---|
| U.S. Trustee's Office<br>Howard H. Baker, Jr., U.S. Courthouse<br>800 Market Street Ste 114<br>Knoxville, TN 37902 | (ECF) |
| GWENDOLYN M. KERNEY<br>CHAPTER 13 TRUSTEE<br>P. O. BOX 228<br>KNOXVILLE, TN 37901 | (ECF) |
| CORY RAY GIBSON<br>418 WATER OAK DR<br>SEYMOUR, TN 37865 | (US Mail) |

/s/ Zachary Burroughs
Zachary Burroughs, 025896

12-14416